|  |  |  |
|---|---|---|
| Michael C. Hall<br>Francisco A. Gutierrez | M C HALL & ASSOCIATES<br>Attorneys at Law<br>605 Market Street, Suite 900<br>San Francisco, CA 94105<br>Tel: 415/512-9865 | |
| Of Counsel:<br>Craig Sommers<br>Donald L. Tasto | Fax: 415/495-7204<br>mhalllaw.com |  |

December 4, 2008

Magistrate Judge Bernard Zimmerman
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco, CA 94102

      Re:   *Metropolitan Life Insurance Co. v. Keith F. Skelly, et al.*
             Case No. 3 08 CV 04273 BZ
             Case Management Conference: December 22, 2008 at 4:00 p.m.

Your Honor:

      This office represents defendant Keith Skelly in the above-referenced matter. I will serve as the lead trial attorney on his behalf. I write to respectfully request that I be excused from the December 22nd settlement conference due to scheduled travel outside of the United States. I have conferred with counsel for the plaintiff MetLife and defendant David Koons pursuant to FRPC 26 subsection (f), and addressed all of the matters required for the conference, which will be reflected in a joint Case Management Statement to be filed shortly. In order to minimize any inconvenience or disruption, my associate Francisco A. Gutierrez is available to attend the conference in my place. He is familiar with this case and the issues addressed at the FRCP 26(f) conference. Mr. Gutierrez will be authorized to discuss any issues raised at the Case Management Conference. Kindly notify my office of your decision at your earliest convenience. Thank you for your consideration.

                                      Respectfully,

                                      M C HALL & ASSOCIATES

                                      Michael C. Hall

MCH:bh
Encl.
pc: All Counsel

                                      Dated: 12/5/2008