1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

12

METROPOLITAN LIFE INS. CO., )
                               )
13          Plaintiff,         )        No. C08-4273 BZ
                               )
14      v.                     )        **ORDER REFERRING CASE TO**
                               )        **MEDIATION AND SETTING**
15                             )        **FURTHER STATUS CONFERENCE**
    KEITH SKELLY,              )
16                             )
            Defendant.         )
17  _____)

18      Having met with all parties on December 22, 2008 for a

19  Case Management Conference, **IT IS HEREBY ORDERED** as follows:

20      1) By agreement of the parties, this matter is referred

21  for Mediation to be conducted in February or March 2009.

22  Plaintiff is excused from participating in the Mediation.  The

23  parties shall promptly notify the Court whether the case is

24  resolved at the Mediation; and

25      2) If this matter is not resolved at Mediation, a further

26  status conference is scheduled for **March 30, 2009 at 4:00 p.m.**

27  in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

28  Avenue, San Francisco, California 94102.  By **March 23, 2009**

1    the parties shall jointly file a proposed trial schedule.  The

2    defendants are encouraged to agree on a procedure which would

3    permit plaintiff to deposit the funds and be discharged.

4    Dated:  December 23, 2008

5                        _____

6                            Bernard Zimmerman
                         United States Magistrate Judge

7

8    G:\BZALL\-BZCASES\METROPOLITAN LIFE INS CO v. SKELLY\ORDER REFERRING CASE TO
     MEDIATION AND SETTING STATUS CONF.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28