UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INS. CO., ) ) | |
| Plaintiff, ) ) | No. C 08-4273 BZ |
| v. ) ) | **CONDITIONAL ORDER OF DISMISSAL** |
| KEITH SKELLY, ) ) | |
| Defendant. ) ) | |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated:   March 17, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\METROPOLITAN LIFE INS CO v. SKELLY\ORDER OF COND DISMISSAL.wpd

1