1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL Bar No. 99802
2  MICHELLE Y. MCISAAC Bar No. 215294
   rebecca.hull@sdma.com
3  michelle.mcisaac@sdma.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, CA 94105
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
6
   Attorneys for Plaintiff
7  Metropolitan Life Insurance Company

8  Harlan B. Watkins - 176458
   Arthur J. Harris - 246986
9  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
10 San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
11 Fax:    (415) 393-8087

12 Attorneys for Defendant
   David Koon, In His Individual Capacity
13 and as Executor of the Estate of Steven Voorhees

14 Michael C. Hall  - 98103
   Francisco A. Gutierrez
15 M C Hall & Associates, Attorneys at Law
   605 Market Street, Ste. 900
16 San Francisco CA 94105
   Tel: 415 512-9865
17 Fax: 415 495-7204

18 Attorneys for Defendant
   Keith Skelly
19
                      UNITED STATES DISTRICT COURT
20
                   NORTHERN DISTRICT OF CALIFORNIA
21

22 METROPOLITAN LIFE INSURANCE          Case No.: CV 08-04273 BZ
   COMPANY,
23                                       STIPULATED ORDER AND
            Plaintiff,                   JUDGMENT
24
   v.
25
   KEITH SKELLY, DAVID KOON, in his
26 individual capacity and as executor of the estate
   of Steven Voorhees,
27
            Defendants.
28

                                                   CASE NO. CV 08-04273 BZ

1    The parties hereby submit the following Stipulated Proposed Order and Judgment to

2  distribute the funds that are at issue in this action and for partial payment of those funds to

3  plaintiff Metropolitan Life Insurance Company:

4    Whereas, plaintiff Metropolitan Life Insurance Company ("MetLife") issued a group life

5  insurance policy to AT&T, Inc. (formerly known as SBC Communications, Inc.), covering

6  eligible employees, and to fund AT&T's life insurance plan ("Plan"), an employee welfare

7  benefit plan governed by the Employee Retirement Income Security Act of 1974, as amended

8  ("ERISA"), 29 U.S.C. §§ 1001, et seq.;

9    Whereas decedent Steven Voorhees was a covered employee under the Plan, and was

10  enrolled in $74,000 in basic life insurance coverage and $147,000 in supplemental life insurance

11  coverage;

12    Whereas Steven Voorhees died on March 7, 2006;

13    Whereas benefits are payable on the life of Steven Voorhees under the Plan in the

14  amounts of $74,000 and $147,000; plus interest in the amount of $9,354.66 ("Benefits").

15    Whereas defendants Keith Skelly and David Koon, in his individual capacity and as

16  executor of the estate of Steven Voorhees, have competing claims for the benefits under the Plan;

17    Whereas MetLife is unable to determine the validity of the conflicting claims, and

18  therefore has not paid the benefits to either defendant;

19    Whereas as a result of these competing claims, MetLife filed a Complaint in Interpleader

20  on September 10, 2008 to determine the lawful distribution of the benefits;

21    Whereas on October 22, 2008, defendant David Koon, answered the Complaint;

22    Whereas on November 12, 2008, defendant Keith Skelly, answered the Complaint;

23    Whereas MetLife has incurred $3,169.22 in attorney's fees and costs in bringing this

24  Complaint in Interpleader;

25    Whereas defendant David Koon and defendant Keith Skelly resolved the dispute over the

26  Benefits at the Court ordered mediation on March 17, 2009 as set forth in the settlement

27  agreement attached hereto as Exhibit A;

28    NOW, THEREFORE, the parties to this action, by and through their counsel, hereby

stipulate and respectfully request the Court to order judgment to be entered as follows:

1) Payment by plaintiff MetLife shall be made in the amount of $20,000 to "Alan Voorhees" within ten (10) business days of the date this judgment is executed by the Court by delivering said payment to counsel for David Koon, Harlan Watkins, Esq, of Murphy, Pearson, Bradley & Feeney;

2) Payment by Plaintiff MetLife shall be made in the amount of $20,000 to "Greg Voorhees" within ten (10) business days of the date this judgment is executed by the Court by delivering said payment to counsel for David Koon, Harlan Watkins, Esq, of Murphy, Pearson, Bradley & Feeney;

3) MetLife shall be entitled to retain $3,169.22 from the Benefits reflecting its costs and reasonable attorney's fees incurred in this action;

4) The remainder of the Benefits, including interest accrued, shall be paid by plaintiff MetLife to defendant Koon and defendant Skelly in equal shares. Accordingly, MetLife is hereby ordered to pay defendant Koon $93,592.72 within ten (10) business days of the date this judgment is executed by the Court by delivering a check to Harlan Watkins, Esq, of Murphy, Pearson, Bradley & Feeney. MetLife is further ordered to pay defendant Skelly $93,592.72 within ten (10) business days of the date this judgment is executed by the Court by delivering a check to Michael C. Hall, Esq. of M C Hall & Associates.

5) Except as provided in paragraph three, each party to bears its own litigation costs and attorney's fees.

IT IS SO ORDERED.

Dated:   August 13, 2009

UNITED STATES DISTRICT COURT JUDGE
BERNARD ZIMMERMAN
United States Magistrate Judge

1  Approved as to Form:

2

3

4  Dated: 8/3/09

5

6  Arthur J. Harris, Esq. on behalf of DAVID KOON,
   individually and as executor of the estate of Steven
7  Voorhees

8

9

10  Dated: _____

11

12  Michael C. Hall, on behalf of KEITH SKELLY,
    individually

13

14

15

16  Dated: _____

17

18  Michelle McIsaac, Esq.
    On   Behalf   Of   METROPOLITAN   LIFE
19  INSURANCE COMPANY

20

21

22

23

24

25

26

27

28

1    Approved as to Form:

2

3

4        Dated: _____

5

6                                        Harlan  B.  Watkins,  Esq  on  behalf  of  DAVID
                                         KOON, individually and as executor of the estate of
7                                        Steven Voorhees

8

9

10       Dated:  O8 · 16 · 09

11

12                                       Michael  C.  Hall,  on  behalf  of  KEITH  SKELLY,
                                         individually
13

14

15

16       Dated:  8/11/09

17

18                                       Michelle McIsaac, Esq.
                                         On    Behalf    Of    METROPOLITAN    LIFE
19                                       INSURANCE COMPANY

20

21

22

23

24

25

26

27

28

                                    -3-                        CASE NO. CV 08-04273 BZ